# Court of Appeals
# of the State of Georgia

ATLANTA,  October 30, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0381.  JENNEH ES-SUDAN v. FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.**

This case originated as a dispossessory proceeding in magistrate court.  After an adverse ruling, Jenneh Es-Sudan appealed the magistrate court's decision to the superior court.  The superior court issued a judgment in favor of the plaintiff on April 19, 2013.  Es-Sudan filed motions to set aside for lack of subject matter jurisdiction and for reconsideration.  The trial court denied the motions on April 26, 2013.  Es-Sudan has now appealed the superior court's ruling directly to this Court.  We lack jurisdiction for several reasons.

Because the order at issue concerns a de novo appeal from a magistrate court decision, Es-Sudan was required to follow the discretionary appeal procedures.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Furthermore, an appeal from an order denying a motion to set aside in accordance with OCGA § 9-11-60 (d) must also be made by application for discretionary appeal.  See OCGA § 5-6-35 (a) (8).  Finally, an order denying a motion for reconsideration is not directly appealable.  See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000).

Es-Sudan's failure to follow the proper appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  10/30/2013
    *I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
    *Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____, *Clerk.*